IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00189-AP

ROBERTA BROSSETT,

      Plaintiff,

   v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Patrick C.H. Spencer, II
Spencer & Spencer
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
(719) 632-4808
(719) 632-4807 (fax)
E-mail:  patrick@2spencers.com

<u>For Defendant</u>:
Teresa H. Abbott
Special Assistant United States Attorney
*Mailing Address:*
1961 Stout Street, Suite 1001A

---

[1]On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action.  42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

Denver, Colorado  80294

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (fax)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   **A.     Date Complaint Was Filed:**  January 25, 2007

   **B.     Date Complaint Was Served on U.S. Attorney's Office:**  February 2, 2007

   **C.     Date Answer and Administrative Record Were Filed**:  April 3, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record appears to be complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that the case does not raise any unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:**  June 14, 2007

    **B.**    **Defendant's  Response Brief Due:**  July 16, 2007

    **C.**    **Plaintiff's  Reply Brief (If Any) Due:**  July 31, 2007

**9.**    **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument**.**

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 27th day of April, 2007

                BY THE COURT:

                 *S/John L. Kane*
                U.S. DISTRICT COURT JUDGE

APPROVED:

/s Patrick C.H. Spencer, II
Patrick C.H. Spencer, II
Spencer & Spencer
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
(719) 632-4808
(719) 632-4807 (fax)
E-mail:  patrick@2spencers.com

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

s/Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorneys for Defendant