IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00189-AP

ROBERTA B. BROSSETT,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

## ORDER OF REVERSAL AND REMAND

Defendant's Unopposed Motion to Remand (doc. #29), filed August 10, 2007, is GRANTED. The Commissioner's decision in this matter is REVERSED under sentence four of 42 U.S.C. § 405(g) , and the matter is REMANDED to the Commissioner with instructions to conduct further administrative proceedings as set out below. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand, the Commissioner of Social Security is instructed to conduct further administrative proceedings as follows: 1) the Appeals Council shall vacate the July 2006 administrative decision and remand the matter to an administrative law judge (ALJ) for a *de novo* hearing and to issue a new decision regarding Plaintiff's eligibility for benefits; and 2) the ALJ shall a) reevaluate the medical evidence of record and provide affirmative reasons, linked to specific evidence in the record, for the weight accorded to all medical opinions, b) redetermine Plaintiff's residual functional capacity, specifying the need to

shift positions if there is a sit/stand option, and c) obtain supplementary testimony from a vocational expert and determine whether Plaintiff can perform her past relevant work or other jobs in the national economy.

    IT IS SO ORDERED.


Dated:  August 13, 2007                         *S/John L. Kane*
                                                     UNITED STATES DISTRICT JUDGE