IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-189-AP**

**ROBERTA BROSSETT,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

## ORDER

---

Kane, J.

The Unopposed Motion for Award of Attorney Fees under 42 U.S.C. § 406(b), (doc. #37), filed May 26, 2009, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees under 42 U.S.C. § 406(b) in the gross amount of **$7,475.10**, which results in a net fee of $4,486.67 after the EAJA fee credit.

Dated at Denver, Colorado, this 4th day of June, 2009.

BY THE COURT:

*S/John L. Kane*

JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT